UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CARLOS YBARRA,<br><br>    Plaintiff,<br>VS.<br><br>MICHAEL J ASTRUE,<br><br>    Defendant. | §<br>§<br>§<br>§   CIVIL ACTION NO. C-07-329<br>§<br>§<br>§<br>§ |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

On February 12, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that the plaintiff's cross-motion for summary judgment (D.E. 12) be granted, that the defendant's motion for summary judgment (D.E. 10) be denied, and that the matter be remanded for further development (D.E. 12, at 6). Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that the plaintiff's cross-motion for summary judgment (D.E. 12) is granted, the defendant's motion for summary judgment (D.E. 10) is denied, and this matter is remanded for further development (D.E. 12, at 6).

SIGNED and ORDERED this 9th day of April, 2008.

_____
Janis Graham Jack
United States District Judge